UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FANG-YUH HSIEH,

      Plaintiff,

  v.

R JAMES NICHOLSON,

      Defendant.

FANG-YUH HSIEH,

      Plaintiff,

  v.

STANFORD UNIVERSITY, et al.,

      Defendant.

Case Number: CV06-05281 PJH

**CERTIFICATE OF SERVICE**

Case Number: CV09-05455 HRL

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fang-Yuh Hsieh
1394 University Avenue
Palo Alto, CA 94301

Dated: January 29, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk