** E-filed November 9, 2010 **

MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
JENNIFER S WANG (CABN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   FAX: (415) 436-6748
   E-mail: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant


PILLSBURY WINTHROP SHAW PITTMAN LLP
SARAH G. FLANAGAN #70845
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 982-1200
sarah.flanagan@pillsburylaw.com

Attorneys for Defendant Stanford University


FANG-YUH HSIEH, Pro Se Plaintiff
1394 University Avenue
Palo Alto, CA 94301
(650) 462-1628

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FANG-YUH HSIEH, <br><br> Plaintiff, <br><br> v. <br><br> STANFORD UNIVERSITY; and ERIC K. SHINSEKI, Secretary of the Department of Veterans Affairs, <br><br> Defendants. | No. C09-5455 HRL <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND MOTION FOR LEAVE TO FILE A 4TH AMENDED COMPLAINT |

**STIPULATION**

On October 28, 2010, plaintiff, Fang-Yuh Hsieh, filed a Motion for Extension of Time to Complete Discovery and a Motion for Leave to File a 4th Amended Complaint (the "Motions") in the above-captioned matter. Plaintiff noticed the Motions for hearing on November 30, 2010 at

1  10:00 a.m. Defendants' counsel were not informed of the November 30, 2010 hearing date until
2  after the Motions were filed.
3      Subject to the Court's approval, the parties hereby agree and stipulate to continue the hearing
4  on the Motions to December 7, 2010 at 10:00 a.m. The continuance is needed because counsel
5  for the federal defendant, Eric Shinseki, has a previously scheduled mediation on November 30,
6  2010. That mediation is scheduled to begin at 9:30 a.m. in Oakland, California. Pursuant to
7  Civil Local Rule 7-4, defendants' opposition to the motions will be due on November 16, 2010,
8  twenty-one (21) days prior to the hearing date, and plaintiff's reply will be due on November 23,
9  2010, fourteen (14) days prior to the hearing date.
10     IT IS SO STIPULATED.

11                                  Respectfully submitted,

12                                  MELINDA HAAG
13 Dated: November 8, 2010     United States Attorney
14                                  JENNIFER S WANG
15                                  Assistant United States Attorney

16                                  PILLSBURY WINTHROP SHAW PITTMAN LLP
   Dated: November 8, 2010
17
                                    SARAH FLANAGAN
18                                  Attorneys for Defendant Stanford University

19
   Dated: November 8, 2010
20                                  FANG-YUH HSIEH
                                    Plaintiff, Pro Se
21

22                              [PROPOSED] ORDER

23     Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the hearing on plaintiff's
24 Motion for Extension of Time to Complete Discovery and Motion for Leave to File a 4th
25 Amended Complaint, currently scheduled for November 30, 2010 at 10:00 a.m., is continued to
26 December 7, 2010 at 10:00 a.m. The defendants' opposition to the motions will be due on
27 November 16, 2010, and the plaintiff's reply will be due on November 23, 2010.
28 Dated: November 9, 2010
                                    HOWARD R. LLOYD
                                    UNITED STATES MAGISTRATE JUDGE

10:00 a.m. Defendants' counsel were not informed of the November 30, 2010 hearing date until after the Motions were filed.

Subject to the Court's approval, the parties hereby agree and stipulate to continue the hearing on the Motions to December 7, 2010 at 10:00 a.m. The continuance is needed because counsel for the federal defendant, Eric Shinseki, has a previously scheduled mediation on November 30, 2010. That mediation is scheduled to begin at 9:30 a.m. in Oakland, California. Pursuant to Civil Local Rule 7-4, defendants' opposition to the motions will be due on November 16, 2010, twenty-one (21) days prior to the hearing date, and plaintiff's reply will be due on November 23, 2010, fourteen (14) days prior to the hearing date.

IT IS SO STIPULATED.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: November 8, 2010

_____
JENNIFER S WANG
Assistant United States Attorney

PILLSBURY WINTHROP SHAW PITTMAN LLP

Dated: November 8, 2010

/s/ Sarah G. Flanagan
SARAH FLANAGAN
Attorneys for Defendant Stanford University

Dated: November 8, 2010

_____
FANG-YUH HSIEH
Plaintiff, Pro Se

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the hearing on plaintiff's Motion for Extension of Time to Complete Discovery and Motion for Leave to File a 4th Amended Complaint, currently scheduled for November 30, 2010 at 10:00 a.m., is continued to December 7, 2010 at 10:00 a.m. The defendants' opposition to the motions will be due on November 16, 2010, and the plaintiff's reply will be due on November 23, 2010.

Dated: _____

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

STIP. & [PROPOSED] ORDER TO CONTINUE HEARING ON
MOT. FOR EXTENSION OF DISCOVERY AND MOT. FOR LEAVE TO FILE 4TH AM. COMPL.
C09-5455 HRL