**\*\* E-filed April 20, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FANG-YUH HSIEH, | No. C09-05455 HRL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STANFORD UNIVERSITY, et al., | **[Re: Docket Nos. 100, 116, 127, 131]** |
| Defendants. | |

The court having granted Defendants' respective motions for summary judgment (and having denied Plaintiff's motions for the same) in their entirety, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment be entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: April 20, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-05455 HRL** Notice will be electronically mailed to:

| | |
|---|---|
| Ana N. Damonte | ana.damonte@pillsburylaw.com, docket@pillsburylaw.com |
| Jennifer S Wang | jennifer.s.wang@usdoj.gov, bonny.wong@usdoj.gov, lily.c.ho vuong@usdoj.gov, wilson.wong@usdoj.gov |
| Rosa Maria Loya | rosa.loya@gmail.com |
| Sarah G. Flanagan | sarah.flanagan@pillsburylaw.com, docket@pillsburylaw.com, susie.macken@pillsburylaw.com |

**Notice will be provided by other means to:**

Fang-Yuh Hsieh
1394 University Avenue
Palo Alto, CA 94301

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**United States District Court**
For the Northern District of California